FILED: July 1, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2341
(3:17-cv-00618-GCM)
_____

G. KENNETH ORNDORFF

    Plaintiff - Appellee

v.

VILLAGE OF MARVIN

    Defendant - Appellant

MARIA GRAZIA SHKUT

    Defendant

RTS INVESTORS II, LLC; DAVID MILLER; RALEY MILLER PROPERTIES, INC.; LARRY RALEY

    Third Party Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK